**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01699-BNB

DENISE ALDANA,

    Plaintiff,

v.

McGRAW HILL BROADCASTING,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff is a *pro se* litigant. She has sought leave to proceed pursuant to 28 U.S.C. § 1915, but on September 4, 2009, Plaintiff paid the $350.00 filing fee. Therefore, the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. # 1) is DENIED as moot.

    Further, in light of the Court's Minute Order entered on August 3, 2009, Defendant's Motion for Clarification filed on July 31, 2009 (Doc. # 4), is DENIED as moot.

Dated: September 17, 2009