IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-01699-CMA-MJW

DENISE ALDANA,

Plaintiff(s),

v.

MCGRAW HILL BROADCASTING,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the parties' *Joint Motion for Entry of Stipulation and Order of Confidentiality,* (DN 33), filed with the Court on January 15, 2010, is GRANTED and the court hereby ORDERS that the *tendered Stipulation and Order of Confidentiality* (DN 31) is approved as amended in paragraph 6 d. and same is made an order of court.

Date:  January 19, 2010