# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01699-CMA-MJW

DENISE ALDANA,

    Plaintiff,

v.

McGRAW-HILL BROADCASTING COMPANY, INC.,

    Defendant.

## STIPULATION AND ORDER OF CONFIDENTIALITY

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein, that:

1.    Counsel for a party producing or furnishing information of any nature to another party, to the Court, or at a deposition in connection with this action may designate as "CONFIDENTIAL" any document or part thereof that such counsel in good faith considers to contain or reflect trade secret, proprietary, financial, commercial, business, medical, psychological, treatment, or other information which the producing party in good faith deems confidential ("Confidential Information"). Such designation shall be made at the time the information is produced by placing the legend "CONFIDENTIAL" on each page of the document. If a document is inadvertently produced without the legend "CONFIDENTIAL," such document shall be treated as confidential from the time when the party or non-party producing such document

381252

advises opposing counsel of record of its designation of such document as "CONFIDENTIAL" and provides such counsel with a duplicate copy bearing the legend "CONFIDENTIAL," whereupon the unmarked copies will be returned or destroyed. Any party may, at any time, request that a document or information be removed from the "CONFIDENTIAL" designation and, if the other party objects, seek relief pursuant to paragraph 8 below.

2.  Confidential Information shall be used only for the purpose of this action, and not for any business or other purpose, whatsoever, and shall not be given, shown, made available or communicated in any way to anyone except those to whom it is necessary that such Confidential Information be given or shown for the purposes permitted under this paragraph and paragraph 3.

3.  Except by the prior written consent of the designating person or party, or by prior order of the Court after notice to such person or party's counsel, and subject to the provisions of paragraph 4 hereto, Confidential Information may not be disclosed to any person or entity other than:

    a.  Outside and in-house counsel for the respective parties to this action (including any attorney, legal assistant, secretary, clerk or support staff providing advice, assistance or support in connection with this action);

    b.  The parties themselves;

    c.  Witnesses, expert witnesses or prospective witnesses to the extent deemed necessary by counsel for the prosecution or defense of this action, provided that, prior to such disclosure, counsel for the party disclosing Confidential Information

shall advise such person or persons that such information, documents or things shall be kept confidential and may not be disclosed;

  d. The Court and the Court's personnel, including stenographic reporters, involved in conferences, motions, hearings, and/or other proceedings in this action and/or preparation for the same;

  e. Certified shorthand reporters and/or videographers retained by counsel for any of the parties to this action for the purpose of transcribing, recording and/or videotaping depositions or other proceedings in this action;

  f. As to any document, its author, its addressee, and any other person indicated on the face of the document as having received a copy; and

  g. Any other person agreed to in writing by the parties.

4. All persons and/or entities to whom Confidential Information is disclosed or by whom it is used shall be subject to this Stipulation and shall take all necessary precautions to prevent any disclosure or use other than as authorized by this Stipulation. Counsel subject to this Stipulation shall take all steps reasonably necessary to advise any person or entity to whom Confidential Information may be disclosed, or by whom it may be used, of the terms of this Stipulation. Except for the individuals described in paragraph 3, no other person shall be granted such access to Confidential information until that person has read this Order and has agreed in writing to be bound by the terms and conditions set forth herein (see Exhibit A), except where further disclosure of the Confidential information is required by law or by order of a court of competent jurisdiction.

5. Attorneys for the parties are directed to and hereby confirm they have advised their respective clients that they are forbidden from communicating to anyone, whether in original, copied or verbal form, the Confidential Information covered by this Order or the sum and substance and content of same.

6. Confidential Information shall be designated as follows:

a. In the case of documents, designation shall be made by placing the legend "CONFIDENTIAL" on each page of any such document;

b. In the case of written discovery requests or responses, designation should be made by placing the legend "CONFIDENTIAL" on each page of any request or response that contains Confidential Information, or, requests or responses containing Confidential Information may be separately bound and marked "CONFIDENTIAL."

c. In the case of depositions, designation of the portion of the transcript (including exhibits) which contains Confidential Information shall be made by a statement to such effect on the record during the course of the deposition or promptly thereafter. When designation of Confidential Information has been made during the course of a deposition, the reporter attending such deposition shall place the appropriate legend on the cover of the confidential portions of the transcript designating that transcript as containing confidential material. (The Parties may modify this procedure for any particular deposition through agreement on the record at such deposition.)

d.   Any filing or submission (or part thereof) in this action that includes or discloses Confidential Information shall be placed in a sealed envelope that is marked as containing confidential information, *And Filed with The Court Consistent with D.C.ColoLCivR*

7.   Within 30 days of the conclusion of these proceedings, all Confidential Information and documents containing or reflecting Confidential Information, including but not limited to copies, summaries, excerpts and indices, shall promptly be destroyed or returned to the producing party and the producing party, upon request, shall be entitled to a certificate that such has been done. Counsel nonetheless may retain their work product, such as pleadings, correspondence, and memoranda, which contain or refer to Confidential Information provided that all such work product shall remain subject to this Stipulation and shall not be disclosed to any person except where permitted by the terms of this Stipulation.

8.   Any party needing relief from the provisions of this Stipulation or further protections with respect to discovery may, if agreement cannot be reached among the parties, seek relief from the Court, upon at least seven business days notice to the other party.

9.   Prior to the use of Confidential Information at a hearing or trial, the parties shall consult with the Court as to the appropriate measures to be used in order to protect the confidentiality of such Confidential information.

10.   This Stipulation shall be effective immediately and shall survive the conclusion of this action.

5

381252

11. Nothing herein shall waive any objection or privilege any party may have with respect to discovery.

Dated: January 14, 2010

| ALLMAN & MITZNER, LLC | REILLY POZNER LLP |
|---|---|
| By: *s/ Robert L. Allman*<br>Robert L. Allman, Esq.<br>8 Inverness Circle East, Suite A-212<br>Englewood, Colorado 80112<br>(303) 293-9393 (phone)<br>(303) 293-3130 (fax)<br>rallman@allman-mitzner.com<br><br>and<br><br>JAMES L. ABRAMS, ESQ.<br>401 Westwood Drive<br>Denver, Colorado 80206<br>(303) 321-6087 (phone)<br>abramsj@gmail.com<br><br>*Attorneys for Plaintiff* | By: *s/ Anthony L. Giacomini*<br>Anthony L. Giacomini, Esq.<br>Glenn E. Roper, Esq.<br>511 Sixteenth Street, Suite 700<br>Denver, Colorado 80202<br>(303) 893-6100 (phone)<br>(303) 893-6110 (fax)<br>agiacomini@rplaw.com<br>geroper@rplaw.com<br><br>and<br><br>Gregory I. Rasin, Esq.<br>Ariane R. Buglione, Esq.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>(212) 969-3000 (phone)<br>(212) 969-2900 (fax)<br>grasin@proskauer.com<br>abuglione@proskauer.com<br><br>*Attorneys for Defendant* |

SO ORDERED THIS 15TH DAY OF JANUARY, 2010.

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE

6

381252

## Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01699-CMA-MJW

DENISE ALDANA,

    Plaintiff,

v.

McGRAW-HILL BROADCASTING COMPANY, INC.,

    Defendant.

---

## ACKNOWLEDGEMENT OF CONFIDENTIALITY

---

    I hereby attest that I have read, understand and agree to be bound by the terms, conditions and restrictions of the Stipulation of Confidentiality in the above-captioned proceeding. I hereby acknowledge that I am being given access to Confidential Information within the meaning of the Stipulation and will act in accordance with my obligations as described in paragraphs 3 and 4 of the Stipulation. I further agree that I will maintain the Confidential Information and the details of the proceedings in which it is disclosed in confidence and will use such material only in accordance with the terms of the Stipulation. I hereby submit to the jurisdiction of the Court for the purpose of enforcement of the Stipulation and this Acknowledgment of Confidentiality.

Dated:_____, 20___

_____
Signature

_____
Printed Name

381252