THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01699-CMA-MJW

DENISE ALDANA,

 Plaintiff,

v.

McGRAW-HILL BROADCASTING COMPANY, INC.,

 Defendant.

---

ORDER ( Docket No. 37 )

---

 This matter having come on to be heard upon Plaintiff's Motion to Allow Filing of Plaintiff's Second Amended Complaint, is it hereby ordered that Plaintiff's Motion to Allow Filing of Plaintiff's Second Amended Complaint is granted, and Plaintiff's Second Amended Complaint is hereby deemed filed As of the date of this order. Defendant shall be allowed 20 days from the date of this Order in which to file its responsive pleading to same.

 Dated this 2nd day of February, 2010.

BY THE COURT:

_/s/ Michael J. Watanabe_

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

1