IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-01699-CMA-MJW

**DENISE ALDANA**, an individual,

    Plaintiff,

v.

**McGRAW-HILL BROADCASTING COMPANY, INC.**, a New York corporation,

    Defendant.

---

ORDER ( Docket # 35 )

---

This matter having come on to be heard on the parties' Stipulated Motion Regarding Defendant's Motion to Dismiss, and the Court being otherwise fully advised in the premises, it is therefore ordered that upon the Court's allowing Plaintiff's Motion to Allow Filing of Plaintiff's Second Amended Complaint, with attached Amended Complaint (docket #1) to be filed, that therefore Defendant's Motion to Dismiss, in Part, Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) (docket #19) and the parties' subsequent Stipulated Motion Regarding Defendant's Motion to Dismiss (docket #30) shall be deemed moot.

Dated this 5th day of February, 2010.

BY THE COURT:

By: _____
Magistrate Judge