**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01699-CMA-MJW

DENISE ALDANA,

    Plaintiff,

v.

McGRAW HILL BROADCASTING,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Joint Motion for Entry of Order of Dismissal With Prejudice (Doc. # 49). The Court having considered the Joint Motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE in its entirety, and without costs, disbursements, interest, or an award of attorneys fees to either party.

DATED: March  25 , 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge